# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**Gibi Technologies Inc.,**<br><br>　　Defendant. | Case No. 1:19-cv-00461-LPS<br><br>Patent Case<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Inventergy LBS, LLC hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 29, 2019

Respectfully submitted,

/s/ *Timothy Devlin*
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1526 Gilpin Ave.
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Inventergy LBS, LLC**